# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

<mark>DATE August 19, 2015</mark>

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT THE COURT OF APPEALS**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/19/2015 6:22:36 PM
CHRISTOPHER A. PRINE
Clerk

TO:     14TH COURT OF APPEALS

From:     **Deputy Clerk: PHYLLIS WASHINGTON**
          **Chris Daniel, District Clerk**
          **Harris County, T E X A S**

**CAUSE:** <mark>**2014-03135J**</mark>

**VOLUME _____     PAGE _____     OR     IMAGE # 65446747**

**DUE   08-31-15          ATTORNEY BAR # 20016200**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE   14TH COURT OF APPEALS**

**DATE JUDGMENT SIGNED:     5-06-15**

**MOTION FOR NEW TRIAL DATE FILED   NONE**

**REQUEST TRANSCRIPT DATE FILED     NONE**

**NOTICE OF APPEAL DATE FILED     08-19-15**

**NUMBER OF DAYS: ( CLERKS RECORD )  10**
**FILE ORDERED:   YES ☐   NO ☐   IMAGED FILED:   YES ☐   NO ☐**

**CODES FOR NOTICE OF APPEAL:  BC, C, OA**

CHRIS DANIEL
Harris County, District Clerk

By:  /s/PHYLLIS WASHINGTON
          **PHYLLIS WASHINGTON , Deputy**

BC     NOTICE OF APPEAL FILED
BG     NOTICE OF APPEAL FILED – GOVERNMENT
C     JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA     NO CLERK'S RECORD REQUEST FILED
O     CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA     AMENDED NOTICE OF APPEAL

NO. 2014-03135J

| IN THE MATTER OF: | * IN THE DISTRICT COURT |
| ANDRE FRANKLIN | * OF HARRIS COUNTY, TEXAS |
| RESPONDENT | * 314TH JUDICIAL DISTRICT |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

ANDRE FRANKLIN, respondent, hereby gives his notice of appeal and respectfully shows:

1. The trial court, the cause number and style of the case are listed above.

2. The date of the judgment appealed from is May 6, 2015 and Andre Franklin, respondent, desires to appeal.

3. A motion for new trial was filed on June 4, 2015.

4. This appeal should be taken to either the First or Fourteenth Court of Appeals sitting in Houston, Texas.

**FILED**
Chris Daniel
District Clerk

AUG 1 9 2015  12:18 pm

Time:
Harris County, Texas
By_____
Deputy

Respectfully submitted,

/s/ william m thursland

_____
William M. Thursland
TBN: 20016200
440 Louisiana St., Ste. 1130
Houston, TX 77002
Email: wmthursland@hotmail.com
(713) 655-0200 x 105;
Fax: (713) 655-9035

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was served in accordance with the Tx. R. Crim. Pro. on August 18, 2015.

/s/ william m thursland

_____
William M. Thursland

# ORIGINAL

## Determinate Sentencing Judgment and Order of Commitment
### STIPULATION TO THE EVIDENCE; or NOLO CONTENDERE; and
### BEFORE COURT-WAIVER OF JURY TRIAL; with
### COMMITMENT TO THE TEXAS JUVENILE JUSTICE DEPARTMENT
### 2014-03135J Court Trial-2nd Amended

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE 314 TH DISTRICT COURT |
| ANDRE FRANKLIN | § | OF HARRIS COUNTY, TEXAS |
| AKA : | § | |

**FILED**
Chris Daniel
District Clerk

MAY 0 6 2015

Time: _____
Harris County, Texas
By_____
Deputy

Attorney for State: HANS NIELSEN

Attorney for Respondent: THURSLAND, WILLIAM MICHAEL

Grand Jury Number: 338TH

| | |
|---|---|
| Date of Judgment: | 5/6/2015 |
| Date of Disposition: | 5/6/2015 |
| Respondent's Date of Birth: | 7/6/1998 |
| Sentencing Beginning: | 5/6/2015 |
| Sentencing Ending: | 5/5/2025 |
| Grand Jury Approval Date: | 1/14/2015 |
| Grand Jury Waiver Date: | |
| Date of Offense: | 5/27/2014 |

**Adjudicated Offense:** AGGRAVATED ROBBERY/DISPLAYING WEAPON/SERIOUS BODILY INJURY on 5/27/2014. Any other counts, if any, are hereby nonsuited.

| ☐ Technical Violation | ☐ Felony 3rd | ☐ Felony 2nd | ☑ Felony 1st | ☐ Felony Capital |
|---|---|---|---|---|

### Affirmative Findings

☑ Child found to have engaged in Delinquent Conduct    ☑ Child in Need of Rehabilitation    ☐ Child's Probation is Revoked

☑ The State had presented the petition to the 338TH Grand Jury of Harris County, Texas or the juvenile waived presentation to the Grand Jury of Harris County, Texas.

☑ The petition alleged ANDRE FRANKLIN, engaged in delinquent conduct that does include the violation of one or more of the Penal Code provisions specified in section 53.045 of the Texas Family Code.

☑ The Grand Jury did approve the State's petition or the juvenile waived Grand Jury approval of the State's petition.

☑ The court finds beyond a reasonable doubt that the allegations are supported by the evidence.

☑ Deadly Weapon - If marked, describe type of weapon FIREARM

Child is 16 years of age at the time of the hearing, having been born on 7/6/1998.

☑ Respondent is a child under the meaning of Title III of the Texas Family Code. Disposition should be made for the child's protection and for the protection of the public. Disposition is in the best interest of said child's health, safety, morals and education.

☑ The Court finds that reasonable efforts were made to prevent or eliminate the need for the child's removal from the home and to make it possible to return home; and further finds that the child, in the child's home, cannot be provided the quality or care and level of support and supervision that the child needs to meet the conditions of probation. The Court finds that the best interest of the child and the community will be served by committing the child to the care, custody, and control of the TEXAS JUVENILE JUSTICE DEPARTMENT.

### Disposition and Placement:

☐ Declared To Have Violated The Orders Of The Court

**Court Costs** to be paid through: Harris County District Clerk, P.O. Box 4651, Houston Tx 77210-4651.
Court Costs funds shall be deposited into the Harris County General Fund

☑ This juvenile court waives the collection of any costs and fees which may be assessed in connection with the respondent's supervision by this Court. Costs and fees may be reinstated upon transfer of the respondent's determinate probation to an appropriate district court on or about the respondent's 18th birthday.

Court Costs Payee:    ASSESSED - $20.00

The following person(s) shall be responsible for full payment:    Respondent and Father

**Attorney Fees Assessed** to be paid through: Harris County District Clerk, P.O. Box 4651, Houston Tx 77210-4651.
Attorney Fees shall be deposited into the Harris County General Fund

Attorney Fees Payee:    ASSESSED-$150

The following person(s) shall be responsible for full payment:

**Texas Drivers License Restrictions:**    No Driver License Restrictions

☑ The respondent's thumbprint is affixed to this order, in compliance with Section 54.04 (j) of the Texas Family Code. (Thumbprint is attached and made a part of this order thereof)

**Restitution** to be paid through: HCJPD, Restitution Division, P.O. Box 4866, Houston, Texas 77210-4866. Payments accepted by certified check, cashier's check, money order, company check, or personal check. Cash will not be accepted.
    in the amount of            to be paid            ; with initial payment due by

---

*Cause Number:*    *2014-03135J*

revised 10/2005

Page 1 of 3

RECORDER'S MEMORANDUM
This Instrument is of poor quality
at the time of Imaging.

# Determinate Sentencing Judgment and Order of Commitment
STIPULATION TO THE EVIDENCE; or NOLO CONTENDERE; and
BEFORE COURT-WAIVER OF JURY TRIAL; with
COMMITMENT TO THE TEXAS JUVENILE JUSTICE DEPARTMENT
## 2014-03135J  Court Trial-2nd Amended

for the total sum of          The following person(s) shall be responsible for full payment:
to Restitution Payee:

  in the amount of          to be paid          , with initial payment due by
for the total sum of          The following person(s) shall be responsible for full payment:
to Restitution Payee 2:

  in the amount of          to be paid          , with initial payment due by
for the total sum of          The following person(s) shall be responsible for full payment:
to Restitution Payee 3:

  in the amount of          to be paid          , with initial payment due by
for the total sum of          The following person(s) shall be responsible for full payment:
to Restitution Payee 4:

**Child Support** to be paid through: TJJD, Attn: Finance Dept., P.O. Box 4260, Austin Tx 78765
     Child Support Fees shall be deposited into the Harris County General Fund

Child Support Ordered:

The following person(s) shall be responsible for full payment:

☑ You are required to submit a blood sample or other specimen for the purpose of creating a DNA record, unless you have already submitted the required specimen under other State Law.

☐ Register As Sex Offender - Public ☐ Register As Sex Offender - Non-Public ☐ Sex Offender Polygraph ☐ Deferred Sex Offender Registration

Court finds the Respondent was ordered to comply with the conditions and rules and orders set out above/below and is Declared not/to have been violated the Orders of the Court and probation is extended and all previous rules remain in effect.

☑ It further appears to the Court that the best interest of the Respondent and the best interest of society will be served by committing ANDRE FRANKLIN to the care, custody and control of the TEXAS JUVENILE JUSTICE DEPARTMENT for the following reason(s): , , , , .

IT IS THEREFORE ORDERED AND ADJUDGED AND DECREED by the Court that said Respondent, ANDRE FRANKLIN is hereby committed to the care, custody and control of the TEXAS JUVENILE JUSTICE DEPARTMENT pursuant to the Texas Human Resource Code for a term of 5/6/2015 through 5/5/2025, to be served in the TEXAS JUVENILE JUSTICE DEPARTMENT as provided by law with a possible transfer to the Texas Department of Criminal Justice.

The Court further finds that the Respondent has been continously detained in the custody for this offense since 5/27/2014 and has spent 346 days in detention. The Respondent is ORDERED to be placed in the custody of the Chief Juvenile Probation Officer pending transportation to the proper TEXAS JUVENILE JUSTICE DEPARTMENT Facility.The Court finds it is in the Respondent's best interest to be placed outside the Respondent's home and finds that reasonable efforts were made to prevent or eliminate the need for the Respondent's removal from the home and to make it possible to return home.

---

BE IT REMEMBERED that this cause being called for trial, came on to be heard before the above Court with the above numbered and entitled cause and came the State of Texas by her Assistant District Attorney, HANS NIELSEN, and came in person the Respondent, ANDRE FRANKLIN, with his/her defense attorney, THURSLAND, WILLIAM MICHAEL, and the Respondent's parent(s), guardian(s), or custodian(s), , and pursuant to the Texas Family Code all parties waived a jury, waived/had prior access to all reports to be considered by the court and announced ready for a hearing; and there upon the Court, after hearing the pleading of all the parties and hearing the evidence and argument of counsel, finds beyond a reasonable doubt, that said child committed the offense(s) alleged in the petition and/or established by the evidence.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the respondent engaged in delinquent conduct (consistent with the affirmative findings above).

IT IS THEREFORE ORDERED, ADJUDED AND DECREED by the Court that the child is hereby COMMITTED to the care, custody and control of the TEXAS JUVENILE JUSTICE DEPARTMENT in accordance with Article 61.084, V.A. T. H. R. C., with a possible transfer to the Institutional Division or the Pardons and Parole Division of the Texas Department of Criminal Justice.The Court further finds that the child has been continuously detained in custody for this offense for 346 days and orders that he/she be given credit for the time served. The child is ordered to be placed in the custody of the CHIEF JUVENILE PROBATION OFFICER pending transportation to the proper TEXAS JUVENILE JUSTICE DEPARTMENT facility. Prior orders of this Court, if any, of Child Support and/or Restitution are hereby terminated. The Clerk of this Court will furnish the child a copy of this order, taking receipt therefore.

THE CHILD WAS NOTIFIED, of his/her right to appeal in accordance with Chapter 54.04(h)(1) and as required by section 56.01(n) of the Texas Family Code.

---

**Determinate Sentencing Judgment and Order of Commitment**
STIPULATION TO THE EVIDENCE; or NOLO CONTENDERE; and
BEFORE COURT-WAIVER OF JURY TRIAL; with
COMMITMENT TO THE TEXAS JUVENILE JUSTICE DEPARTMENT
**2014-03135J Court Trial-2nd Amended**

Approved and Signed on this the

_____ day of **MAY 0 6 2015**___, 20__

_____
Judge, 314th District Court
Harris County, Texas

*x* Andre Franklin
_____
Signature of Respondent

D. Lee
_____
Print obtained by

Juvenile's RIGHT thumb print

# IN THE 314TH DISTRICT COURT
# HARRIS COUNTY
# STATE OF TEXAS

**JUVENILE NAME: ANDRE FRANKLIN JR.**
**PETITION NUMBERS:** ~~2014017951, 2014019691~~

Exhibit B 　　2014031 35 J

*The court finds that the reasonable efforts have been made to prevent or eliminate the need for the child to be removed from (his or her) home. The following services and/or programs were provided:*

___The child and/or family was previously referred to the following community,

court, or educational programs:

__　　___ The child and/or family was previously referred to the following counseling

or psychological services: *(list services)*

_____ The child and/or family is receiving or has previously received services from

TDFPS or MHMR. *(list services)*

_X_ The nature of the circumstances in the child's home, which may include the offense,

required the child's removal.

__ ___ List and explain any other specific circumstances not addressed above.

FY 2007 　　　　　　　　　　　　　　TJPC-FED-10-04